1  JAMES A. TIEMSTRA (Bar No. 96203)
   MILLER, STARR & REGALIA
2  A Professional Law Corporation
   1331 N. California Blvd., Fifth Floor
3  Post Office Box 8177
   Walnut Creek, California  94596
4  Telephone:     (925) 935-9400

5  Attorneys for Defendants
   POLO INVESTMENTS FUND I, JOE MONTE,
6  AND ECI CORPORATION DBA COAST
   CAPITAL CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11 | ALBINO AUCTION COMPANY, INC., | No. CV-04-05361-SC
12 |         Appellant,            | NOTICE OF STIPULATION TO DISMISS APPEAL
13 | v.                            |
14 | KANDI KAUFMAN,                | ORDER
15 |         Appellee.             |

16

17         TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

18         PLEASE TAKE NOTICE that on December 20, 2004, the Stipulation to Dismiss

19 Appeal ("the Stipulation") was filed in the United States Bankruptcy Court in *Kandi Kaufman v.*

20 *Joe Monte, et al.*; Adversary Proceeding No. 03-4028 AJ, in *Kandi Kaufman*; Bankruptcy Case

21 No. 00-44380 J.  A true and correct copy of the Stipulation is attached hereto.

22 Dated:  March 22, 2005                    MILLER, STARR & REGALIA

23

24                                          By:  /s/ James A. Tiemstra
                                                 JAMES A. TIEMSTRA
                                                 Attorneys for Defendants
                                                 POLO INVESTMENTS FUND I, JOE
                                                 MONTE, AND ECI CORPORATION DBA
                                                 COAST CAPITAL CORPORATION

**IT IS SO ORDERED**
**Senior Judge Samuel Conti**
6/3/05

28

COAC\43959\614663.1                                    NOTICE OF STIPULATION TO DISMISS APPEAL (No. CV-
                                          -1-                                              04-05361-SC)